FIDELITY AND DEPOSIT COMPANY OF MARYLAND, A CORPORATION, *Plaintiff in Error*, v. MANATEE COUNTY FOR THE USE AND BENEFIT OF W. A. WALSINGHAM, DOING BUSINESS UNDER THE NAME AND STYLE OF GULF DREDGING Co., Defendant in Error.

Decision Filed November 22, 1919.

A Writ of Error to the Circuit Court for Manatee County; O. K. Reeves, Judge.

*Thomas E. Lucas* and *James F. Glen*, for Plaintiff in Error;

*John F. Burket*, for Defendant in Error.

PER CURIAM.—The motion to dismiss the writ of error in this case is granted upon the authority of the case of Fidelity and Deposit Company v. Manatee County for the use of J. H. Walker, decided this day.

All concur.